No. 169. SCHLÜTER, PETICIONARIO, *v.* TEXIDOR, JUEZ DISTRITO SAN JUAN, SECCIÓN 1ª., DEMANDADO.—*Mandamus.* Febrero 7, 1918. *Archivado el recurso.*

---

No. 22. SUCESIÓN RIVERA, APELADA, *v.* HERNÁNDEZ ET AL., APELANTES-PETICIONARIOS.—Reivindicación y daños y perjuicios; aprobación exposición del caso. Febrero 8, 1918. *Aprobada la exposición.*

---

No. 219. LA ASOCIACIÓN DE AGRICULTORES DE RÍO GRANDE, LOÍZA Y CAROLINA, PETICIONARIA, *v.* ROSSY, JUEZ DISTRITO SAN JUAN, SECCIÓN 2ª., DEMANDADO.—*Certiorari.* Febrero 14, 1918. *No ha lugar a expedir el auto solicitado.*

---

No. 1234. EL PUEBLO, APELADO, *v.* OTERO, APELANTE.—Juegos prohibidos. Arecibo. Febrero 18, 1918. *Confirmada la sentencia apelada.*

---

No. 1686. MÉNDEZ, PETICIONARIA Y APELADA, *v.* MARTÍNEZ, OPOSITOR Y APELANTE.—Declaratoria de herederos; reconsideración. Aguadilla. Febrero 18, 1918. *No ha lugar a la reconsideración solicitada.*

---

No. 1799. EL PUEBLO, APELANTE, *v.* FAJARDO, APELADO.—Cobro de dinero: desistimiento. Mayagüez. Febrero 21, 1918. *Desistida la apelación.*

---

No. 220. ROMÁN, PETICIONARIO, *v.* CUEVAS ZEQUEIRA, JUEZ DISTRITO HUMACAO, DEMANDADO. — *Certiorari.* Febrero 25, 1918. *No ha lugar a expedir el auto que se solicita.*